| | |
|---|---|
| 1 | David L. Ayers (1670) |
| | dayers@watkinseager.com |
| 2 | WATKINS & EAGER PLLC |
| | The Emporium Building |
| 3 | 400 East Capitol Street, Suite 300 |
| | Jackson, MS 39201 |
| 4 | 601- 965-1981; 601-965-1901 (fax) |
| 5 | Tracy H. Fowler (1106) |
| | Alexandra Sandvik (16154) |
| 6 | Snell & Wilmer L.L.P. |
| | 15 West South Temple, Suite 1200 |
| 7 | Salt Lake City, Utah  84101-1004 |
| | Telephone:  (801) 257-1900 |
| 8 | Facsimile:   (801) 257-1800 |
| | tfowler@swlaw.com |
| 9 | asandvik@swlaw.com |
| 10 | *Attorneys for Defendants Toyota* |
| | *Motor Corporation, Toyota Motor* |
| 11 | *North America, Inc., Toyota Motor* |
| | *Engineering and Manufacturing* |
| 12 | *North America, Inc., Toyota Motor* |
| | *Sales, U.S.A., Inc.* |

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
(SOUTHERN DIVISION – SANTA ANA)**

| | |
|---|---|
| In Re: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation<br><br>This document relates to:<br><br>Dolores Petersen and Thomas Petersen v. Toyota Motor Corporation, et al.<br>Case No. 8:18-cv-00364-JVS-E | Case No. 8:10ML 02151 JVS (FMOx)<br><br>Assigned to:  Hon. James V. Selna<br><br>**CORPORATE DISCLOSURE STATEMENT OF TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC.** |

Toyota Motor Engineering & Manufacturing North America, Inc. ("TEMA") having filed Separate Answer of Defendant Toyota Motor Engineering and Manufacturing North America, Inc. in the United States District Court For The District Of Utah, Central Division, on February 9, 2018, Doc. 10, and Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, TEMA, through its counsel, certifies:

1. TEMA is a subsidiary of Toyota Motor North America, Inc. ("TMNA");

2. TMNA is a subsidiary of Toyota Motor Corporation ("TMC"); and

3. No publicly owned corporation owns 10% or more of the stock of TMC.

Dated: March 23, 2018                    Respectfully submitted,

                                        *s/David L. Ayers*
                                        David L. Ayers (1670)
                                        dayers@watkinseager.com
                                        WATKINS & EAGER PLLC
                                        The Emporium Building
                                        400 East Capitol Street, Suite 300
                                        Jackson, MS 39201
                                        601-965-1981; 601-965-1901 (fax)

                                        Tracy H. Fowler (1106)
                                        Alexandra Sandvik (16154)
                                        SNELL & WILMER L.L.P.
                                        15 West South Temple, Suite 1200
                                        Salt Lake City, Utah  84101-1004
                                        (801) 257-1900; (801) 257-1800 (fax)
                                        tfowler@swlaw.com
                                        asandvik@swlaw.com

                                        *Attorneys for Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., Toyota Motor Engineering and Manufacturing North America, Inc., Toyota Motor Sales, U.S.A., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification to all counsel of record.

                                        *s/David L. Ayers*
                                        David L. Ayers