Vincent Galvin (SBN 104448)
vincent.galvin@bowmanandbrooke.com
BOWMAN AND BROOKE LLP
1741 Technology Drive, Suite 200
San Jose, California 95110
Telephone: (408) 279-5393

Attorneys for Toyota Motor Sales, U.S.A., Inc.; Toyota Motor Corporation; Toyota Motor North America, Inc.; Toyota Motor Engineering & Manufacturing North America, Inc.

Christopher J. Cheney
ccheney@dkowlaw.com
DEWSNUP KING OLSEN WOREL HAVAS MORTENSEN
36 South State Street, Suite 2400
Salt Lake City, Utah 84111
Telephone: (801) 533-0400

Attorneys for Plaintiffs Dolores Petersen and Thomas Petersen

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION – SANTA ANA)

In Re: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation

This document relates to:

Dolores Petersen and Thomas Petersen v. Toyota Motor Sales, U.S.A., Inc., et al.
Case No. 8:18-cv-00364-JVS-E

Case No. 8:10-ml-02151 JVS (FMOx)

Assigned to: Hon. James V. Selna
Discovery: Mag. Fernando M. Olguin

[PROPOSED] ORDER ON STIPULATION OF DISMISSAL (FRCP RULE 41(a)(1)(A)(ii))

The Court, having read the Stipulation of Dismissal filed by all parties to have appeared in this action, and finding good cause,

IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice as to all of plaintiffs' claims, actions and causes of action asserted against defendants. Each party is to bear its own costs and fees, including, but not limited to, attorneys' fees and expert fees. The Court shall retain jurisdiction over this action for 90

/ / /

days following the entry of this Order (unless extended) for the purposes of enforcing the terms of the parties' settlement agreement.

IT IS SO ORDERED.

DATED: __________________

___________________________________
Honorable James V. Selna