| | |
|---|---|
| Vincent Galvin (SBN 104448) | Christopher J. Cheney |
| vincent.galvin@bowmanandbrooke.com | ccheney@dkowlaw.com |
| BOWMAN AND BROOKE LLP | DEWSNUP KING OLSEN WOREL |
| 1741 Technology Drive, Suite 200 | HAVAS MORTENSEN |
| San Jose, California 95110 | 36 South State Street, Suite 2400 |
| Telephone: (408) 279-5393 | Salt Lake City, Utah 84111 |
| | Telephone: (801) 533-0400 |

Attorneys for Toyota Motor Sales, U.S.A., Inc.; Toyota Motor Corporation; Toyota Motor North America, Inc.; Toyota Motor Engineering & Manufacturing North America, Inc.

Attorneys for Plaintiffs Dolores Petersen and Thomas Petersen

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION – SANTA ANA)

| | |
|---|---|
| In Re: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation | Case No. 8:10-ml-02151 JVS (FMOx) |
| | Assigned to: Hon. James V. Selna |
| | Discovery: Mag. Fernando M. Olguin |
| This document relates to: | |
| | ORDER ON STIPULATION OF DISMISSAL |
| Dolores Petersen and Thomas Petersen v. Toyota Motor Sales, U.S.A., Inc., et al. Case No. 8:18-cv-00364-JVS-E | (FRCP RULE 41(a)(1)(A)(ii)) |

The Court, having read the Stipulation of Dismissal filed by all parties to have appeared in this action, and finding good cause,

IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice as to all of plaintiffs' claims, actions and causes of action asserted against defendants. Each party is to bear its own costs and fees, including, but not limited to, attorneys' fees and expert fees. The Court shall retain jurisdiction over this action for 90

///

days following the entry of this Order (unless extended) for the purposes of enforcing the terms of the parties' settlement agreement.

IT IS SO ORDERED.

DATED: July 17, 2019

_____
Honorable James V. Selna